IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNATHAN ROBINS, | : |
| | : |
| | : CIVIL ACTION |
| | : |
| v. | : NO. 18-1385 |
| | : |
| SUPERINTENDENT OF ROCKVIEW SCI | : |
| *et al.*, | : |

## ORDER

**AND NOW**, this __22nd__ day of February 2021, upon consideration the Petition for Writ of Habeas Corpus (ECF 1), the Commonwealth's Response (ECF 46), Petitioner's Reply to the first Response (ECF 47), the other documents filed by the parties, the state court record, and after review of the Report and Recommendation of United States Magistrate Judge Jacob B. Hart (ECF 55) and Petitioner's Objections to the Report and Recommendation ( ECF 58) **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED**, without an evidentiary hearing; and

3. Furthermore, a certificate appealability is **DENIED**.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**